# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
## FTR GOLD RECORDING OR TRANSCRIPT DESIGNATION AND ORDERING FORM

| | |
|---|---|
| **1. District Court Case No.:** 3:18-CV-01651-AC | **2. Short Case Title:** Smith v. Big Picture Loans, LLC et al. |
| **3. Court of Appeals Case No.:** | **4.** ☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention. |

| | | |
|---|---|---|
| **5. NAME** (Party Ordering Recording/Transcript) Kristin Asai o/b/o Defendant Matt Martorello | **6. PHONE NUMBER** 503.243.2300 | **7. DATE** 3/27/2019 |
| **8. MAILING ADDRESS** Holland & Knight LLP; 2300 US Bancorp Tower; 111 SW Fifth Avenue | **9. CITY** Portland | **10. STATE** OR  **11. ZIP** 97204 |

**12. ORDER FOR:** ☐ PLAINTIFF NAME: _____  ☑ DEFENDANT NAME: Matt Martorello
☐ APPEAL      ☐ CRIMINAL   ☐ CRIMINAL JUSTICE ACT (CJA-24 VOUCHER ATTACHED)
☐ NON-APPEAL  ☐ CIVIL      ☐ IN FORMA PAUPERIS (CJA-24 VOUCHER ATTACHED)

☐ **13. RECORDING REQUESTED:** Specify portion(s) and date(s) of proceedings(s).
Note: PAYMENT: Financial arrangements must be made with the Clerk's Office before recording is prepared. Copy cost: $31 for each proceeding. If payment is authorized under CJA, attach CJA-24 form.

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
| | | |

☑ **14. TRANSCRIPT REQUESTED:** Specify portion(s) and date(s) of proceedings(s). Financial arrangements must be made before transcript is prepared. Transcriber will contact party. If payment is authorized under CJA, attach CJA-24 form.

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
| Hearing on Plaintiff's Motion for Discovery and/or Inspection and Defendant's Motion for a Protective Order | 03/19/2019 | Acosta |

| TRANSCRIPT CATEGORY | ORIGINAL | FIRST COPY (to each party) | ADD'L COPIES (to same party) | PAPER | ELECTRONIC | SPECIFY |
|---|---|---|---|---|---|---|
| **ORDINARY:** To be delivered within 30 days after receipt of an order. | $3.65 per page | $.90 per page | $.60 per page | ☐Full Size ☐Condensed ☐A-Z word index | ☐CD ☐E-mail | ☐ASCII ☐PDF ☐Other |
| **3-DAY TRANSCRIPT:** To be delivered within 3 calendar days after receipt of an order. | $5.45 per page | $1.05 per page | $.75 per page | ☐Full Size ☐Condensed ☐A-Z word index | ☐CD ☐E-mail | ☐ASCII ☐PDF ☐Other |
| **EXPEDITED:** To be delivered within 7 days after receipt of an order. | $4.85 per page | $.90 per page | $.60 per page | ☐Full Size ☐Condensed ☐A-Z word index | ☐CD ☑E-mail | ☐ASCII ☑PDF ☐Other |
| **DAILY:** Delivered following adjournment and prior to the normal opening hour of court on the following morning, whether or not it actually is a court day. | $6.05 per page | $1.20 per page | $.90 per page | ☐Full Size ☐Condensed ☐A-Z word index | ☐CD ☐E-mail | ☐ASCII ☐PDF ☐Other |
| **14-DAY TRANSCRIPT:** To be delivered within 14 days calendar after receipt of an order. | $4.25 per page | $.90 per page | $.60 per page | ☐Full Size ☐Condensed ☐A-Z word index | ☐CD ☐E-mail | ☐ASCII ☐PDF ☐Other |
| **HOURLY:** to be delivered within 2 hours after receipt of the order. | $7.25 per page | $1.20 per page | $.90 per page | ☐Full Size ☐Condensed ☐A-Z word index | ☐CD ☐E-mail | ☐ASCII ☐PDF ☐Other |

**15. DISTRIBUTION:** This form should be electronically filed. Notice will automatically be distributed to court reporters and all parties.

Revised 3/30/2018 (eo)